ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                     )
                                                )
First National Company                          )   ASBCA No.   62552
                                                )
Under Contract No.     W56KGZ-17-A-8005   )

APPEARANCE FOR THE APPELLANT:          Brian T. McLaughlin, Esq.
                                         Crowell & Moring LLP
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Scott N. Flesch, Esq.
                                         Army Chief Trial Attorney
                                       Sean M. Connolly, Esq.
                                         Trial Attorney

ORDER OF DISMISSAL

The government moved to dismiss this appeal for lack of jurisdiction, alleging that the underlying claim was in excess of $100,000 and was not certified in accordance with the Contract Disputes Act, 41 U.S.C. § 7103(b).  In response, appellant has moved to withdraw its appeal in order to file a new claim.  The government does not oppose appellant's motion.  Accordingly, this appeal is dismissed without prejudice to appellant's filing of a new claim with the contracting officer.

Dated:  August 10, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62552, Appeal of First National Company, rendered in conformance with the Board's Charter.

Dated: August 11, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals